IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| MADISON McDEARIS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LAST RESORT GRILL, INC., *et al.*, <br><br> *Defendants.* <br> ---------------------------------------------- <br> ALMA KAEMPF, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LAST RESORT GRILL, INC., *et al.*, <br><br> *Defendants.* | CASE NO. 3:20-cv-93 (CDL) <br><br><br><br><br><br><br><br> CASE NO. 3:20-cv-139 (CDL) |

## CONSENT ORDER

NOW COME Plaintiff Keela Singleton (hereinafter "Plaintiff") and Georgia Department of Labor (hereinafter "GA DOL") and respectfully ask this Court to enter this Consent Order directing, and authorizing the GA DOL to respond to Plaintiff's Third-Party Subpoena seeking all documents in GA DOL's possession related to the Plaintiff's claim for unemployment benefits following her termination of employment by Defendant Last Resort Grill, Inc. (hereinafter "LRG").

1. On October 28, 2021, Plaintiff served a subpoena pursuant to FRCP 45 on the GA DOL seeking certified copies of all documents in GA DOL's possession concerning the Plaintiff's claim for unemployment benefits.

2. GA DOL objected to the subpoena citing O.C.G.A §§ 34-8-121(a) and 34-8-121(b)(3).

GA DOL invited Plaintiff to seek an order pursuant to O.C.G.A. §34-8-126.

3. On November 28, 2021, Plaintiff filed and served her Motion to Compel directed to GA DOL. See Dkt. No. 76.

4. On December 13, 2021, GA DOL filed their response to Plaintiff's Motion to Compel. See Dkt. No. 97.

5. The Plaintiff and GA DOL now seek this Consent Order resolving Plaintiff's Motion to Compel. [Dk. No. 76]

6. Plaintiff does not object to the release of the Plaintiff's records held by the GA DOL regarding Plaintiff's claim for Unemployment Benefits.

THEREFORE, based upon the foregoing, this Court ORDERS the following:

1. That, for good cause shown, and pursuant to O.C.G.A. §34-8-126, Plaintiff's need for use of the sworn testimony from LRG's representative at the Plaintiff's UI benefits appeal board hearing outweighs any reasons for the privacy and confidentiality of the information in the present matter.

2. That GA DOL produce certified copies of all documents in GA DOL's possession concerning Plaintiff's claim for unemployment benefits arising from her employment with Defendant LRG within ten (10) business days of this Order.

ORDERED AND SIGNED ON December 21, 2021.

S/Clay D. Land
The Honorable Clay D. Land
U.S. District Court Judge