IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MADISON McDEARIS, *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LAST RESORT GRILL, INC., *et. al.*, <br><br> *Defendants*. | CIVIL ACTION FILE NO. <br> 3:20-cv-00093-CDL |

## ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

In this action brought under the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq*. (the "FLSA"), pursuant to Fed. R. Civ. P. 41(a)(2), and upon application of the Parties and review of the proposed settlement agreement pursuant to their Joint Motion and Memorandum for Approval of FLSA Settlement and Dismissal with Prejudice (the "Joint Motion"), it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion is **GRANTED**.

2. The Court has reviewed this matter and finds that the terms of the FLSA Settlement Agreement are fair and reasonable under the analysis set forth in *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982). Thus, the Settlement Agreement is hereby **APPROVED**.

3. All of the claims brought by the Plaintiffs in this action are hereby **DISMISSED WITH PREJUDICE**, with costs and fees to be paid pursuant to the terms of the FLSA Settlement Agreement.

4. The Court retains jurisdiction over the action to enforce the terms of the FLSA Settlement Agreement and to resolve and administer the issue of fees awarded to Defendants pursuant to the Court's March 22, 2022 Order adopting the Magistrate Judge's February 10, 2022 Report and Recommendation [Dkt. No. 121].

**DONE AND ORDERED,** this 13th day of April, 2022.

S/Clay D. Land
_____
CLAY D. LAND
U. S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA