IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| MADISON MCDEARIS, *et al.*, | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO. 3:20-CV-93 (CDL) |
| LAST RESORT GRILL, *et al.*, | * | |
| Defendants. | * | |
| ALMA KAEMPF, *et al.*, | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO. 3:20-CV-139 (CDL) (Docket in Case 3:20-CV-93) |
| LAST RESORT GRILL, *et al.*, | * | |
| Defendants. | * | |
| RACHAEL MILLS, *et al.*, | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO. 3:20-CV-115 (CDL) |
| LAST RESORT GRILL, *et al.*, | * | |
| Defendants. | * | |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on December 16, 2022. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the

Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 4th day of January, 2023.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

2