IN THENITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| MADISON MCDEARIS, *et al.*, | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO. 3:20-CV-93 (CDL) |
| LAST RESORT GRILL, *et al.*, | * | |
| Defendants. | * | |
| ALMA KAEMPF, *et al.*, | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO. 3:20-CV-139 (CDL) (Docket in Case 3:20-CV-93) |
| LAST RESORT GRILL, *et al.*, | * | |
| Defendants. | * | |
| RACHAEL MILLS, *et al.*, | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO. 3:20-CV-115 (CDL) |
| LAST RESORT GRILL, *et al.*, | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to the Orders of this Court filed April 20, 2022 and January 4, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case and awarding attorney's fees in the amount of $29,619.50.

This 4th day of January, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk